**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-21074-CIV-LENARD/O'SULLIVAN

**PANDORA A/S and**
**PANDORA JEWELRY LLC,**

    Petitioners,

**v.**

**B&B JEWELRY, INC.,**

    Respondent.
_____/

**ORDER OF JUDGMENT**

Pursuant to the Court's April 11, 2018 Order (D.E. 27) granting Petitioners' Petition to Confirm Foreign Arbitration Award, the findings of fact and conclusions of law of which are hereby expressly incorporated by reference herein, it is hereby

**ORDERED AND ADJUDGED** that Petitioners Pandora A/S and Pandora Jewelry LLC shall recover from Respondent B&B Jewelry, Inc. the total amounts of DKK 2,748,797.11, plus interest at the applicable rate under the Danish Interest Act, and USD $188,881.00, for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of April, 2018.

*[signature: Joan A. Lenard]*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**